Case 4:22-cv-00954   Document 24   Filed on 02/07/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-CV-00954 |
| § | |
| 1,983 ROUNDS ASSORTED § | |
| AMMUNITION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is the January 23, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Christina Bryan. (Dkt. No. 23). Judge Bryan made findings and conclusions and recommended denying Claimant Garrett Black's letter Motion, (Dkt. No. 22), which Judge Bryan construed as a motion to alter or amend the judgment, (*see* Dkt. No. 23 at 2–3).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bryan's M&R, (Dkt. No. 23), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Claimant Garrett Black's Motion, (Dkt. No. 22), is **DENIED**.

It is SO ORDERED.

Signed on February 7, 2025.

                                                _____
                                                **DREW B. TIPTON**
                                                **UNITED STATES DISTRICT JUDGE**