United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00954 |
| | § | |
| 1,983 ROUNDS OF ASSORTED AMMUNITION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 27, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Christina A. Bryan. (Dkt. No. 27). Judge Bryan made findings and conclusions and recommended that Garrett Black's Motion to Have Some Rights Restored, (Dkt. No. 25), be **DENIED,** (Dkt. No. 27 at 3).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bryan's M&R, (Dkt. No. 27), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Garrett Black's Motion to Have Some Rights Restored, (Dkt. No. 25), is **DENIED**.

It is SO ORDERED.

Signed on July 21, 2025.

                                                          */s/ Drew B. Tipton*
                                                          **DREW B. TIPTON**
                                          **UNITED STATES DISTRICT JUDGE**